Case No. 22-1545

# THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

LISA SHERMAN,

*Plaintiff-Appellant*

v.

Speedway, LLC,

*Defendant-Appellee*

On Appeal from the United States District Court
for the Western District of Michigan

## MOTION FOR EXTENSION OF TIME TO ELECTRONICALLY FILE PLAINTIFF-APPELLANT'S BRIEF ON APPEAL

DRIGGERS, SCHULTZ & HERBST
Mark Kelley Schwartz (P48058)
3331 West Big Beaver Road, Ste. 101
Troy, MI 48084
(248) 649-6000
mschwartz@driggersschultz.com
Attorneys for Plaintiff-Appellant

Plaintiff-Appellant, LISA SHERMAN, by her counsel, DRIGGERS, SCHULTZ & HERBST, pursuant to FRAP 26(b) and 6 Cir. R. 26(a), requests a brief extension of time to file her Brief on Appeal, and in support thereof, states:

1. By the Court's Ruling Letter (R. 26) Appellant's Principal Brief was due on November 3, 2022.

2. Undersigned counsel for Appellant requests a short extension of time to electronically file Appellant's Principal Brief, resulting in an enlargement of the briefing deadline until November 7, 2022.

3. Counsel for Appellant Lisa Sherman makes this extension of time, based on unforeseen personal circumstances which arose late on November 2, 2022, and resulted in him being unable to work or even attend to matters in his office out of an abundance of caution to his co-workers.

4. Based on present findings it appears that no further extension will be necessary.

WHEREFORE, Appellant respectfully requests that this Honorable Court grant her an enlargement of the time period to file her Principal Brief

on Appeal and for any other additional relief as the Court determines appropriate under the circumstances.

                              Respectfully Submitted,

                              **DRIGGERS, SCHULTZ & HERBST**

                              By:/s/ *Mark Kelley Schwartz*
                              MARK KELLEY SCHWARTZ (P48058)
                              Attorney for Appellant
                              3331 W. Big Beaver Road, Suite 101
                              Troy, MI 48084
                              Tel: (248) 649-6000
                              mschwartz@driggersschultz.com

DATED: November 4, 2022