**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  February 22, 2023

**<u>Notice</u>**

Ms. Amy M. Johnston
Miller Canfield
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226

Mr. Mark Kelley Schwartz
Driggers, Schultz & Herbst
3331 W. Big Beaver Rd., Suite 101
Troy, MI 48084

>      Re:  No. 22-1545
>          *Lisa Sherman v. Speedway, LLC*

Dear Counsel:

   The Court has determined that oral argument is not required.  See I.O.P. 34(a)(4).  The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, April 26, 2023**.  You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                              Sincerely yours,

                              s/Karen S. Fultz
                              Calendar Deputy

cc:  Mr. Stephen M Ragatzki